UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    TIMOTHY MICHAEL LITTLE      HONORABLE SCOTT W. DALES
                                              CASE NO. 20-02271-SWD
                                              CHAPTER 13

                DEBTOR.
_____/
DANIEL J. LEHMAN (P66126)
Attorney for Debtor
41000 Woodward, Suite 350
Bloomfield Hills, MI 48304
(248) 882-3906
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**BRIEF IN SUPPORT OF MOTION OF SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD. FOR RELIEF FROM THE AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)**

      The Creditor, in support of its Motion for Relief from the Automatic Stay, relies on 11 U.S.C. §§ 361-363 and LBR 9013 and 4001-1 (W.D.M.).

                                              O'REILLY RANCILIO P.C.

                                              */s/ Craig S. Schoenherr, Sr.*
                                              _____
                                              CRAIG S. SCHOENHERR, SR. (P32245)
                                              Attorney for Creditor
                                              12900 Hall Road, Suite 350
                                              Sterling Heights, MI 48313-1151
                                              (586) 726-1000
                                              ecf@orlaw.com

DATED: August 13, 2020