UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    TIMOTHY MICHAEL LITTLE      HONORABLE SCOTT W. DALES
                                                 CASE NO. 20-02271-SWD
                                                 CHAPTER 13

          DEBTOR.
_____/
DANIEL J. LEHMAN (P66126)
Attorney for Debtor
41000 Woodward, Suite 350
Bloomfield Hills, MI 48304
(248) 882-3906
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**CERTIFICATE OF SERVICE**

     CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 13th day of August, 2020, a copy of the Motion for Relief from the Automatic Stay, Brief in Support, Notice and Opportunity for Hearing and this Proof of Service was served upon:

| | |
|---|---|
| Daniel J. Lehman | Barbara P. Foley |
| Attorney at Law | Trustee |
| 41000 Woodward, Suite 350 | P.O. Box 51109 |
| Bloomfield Hills, MI 48304 | Kalamazoo, MI 49005-1109 |

electronically pursuant to the court notice of service, and upon:

| | |
|---|---|
| Timothy Michael Little | Office of the U.S. Trustee |
| 324 Union St. | The Ledyard Bldg, 2nd Floor |
| Plainwell, MI 49080 | 125 Ottawa NW, Suite 202R |
| | Grand Rapids, MI  49503 |

by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                                O'REILLY RANCILIO P.C.

                                */s/ Craig S. Schoenherr, Sr.*

                                _____
                                CRAIG S. SCHOENHERR, SR. (P32245)
                                Attorney for Creditor
                                12900 Hall Road, Suite 350
                                Sterling Heights, MI  48313-1151
                                (586) 726-1000
                                ecf@orlaw.com