UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    TIMOTHY MICHAEL LITTLE      HONORABLE SCOTT W. DALES
                                                           CASE NO. 20-02271-SWD
                                                           CHAPTER 13

    DEBTOR.

_____/

## ORDER FOR RELIEF FROM AUTOMATIC STAY AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3) AS TO SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL AS SERVICER FOR CCAP AUTO LEASE LTD.

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Creditor") having filed its Motion for Relief from the Automatic Stay and for Waiver of the Provisions of FRBP 4001(a)(3); no parties having filed an objection to said Motion pursuant to the Notice of Motion; and the Affidavit of No Objection having been filed in this matter:

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. § 362 is terminated as to the interest of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. in the 2019 Dodge Charger, Vehicle Identification No. 2C3CDXGJ4KH588240.

2) The Creditor is free to pursue its applicable non-bankruptcy remedies with respect to its interest in the subject vehicle.

3)   Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and the Creditor may immediately enforce and implement this Order.

**END OF ORDER**

Prepared by:
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151